# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

| | |
|---|---|
| ANGELA M. RIDDICK, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| ERIC K. SHINSEKI, *Secretary*, | ) **CASE NO. 5:12CV-766-D** |
| *of Veterans Affairs*, | ) |
| Defendant. | ) |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [D.E. 15] is GRANTED. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MAY 13, 2013**</u> WITH A COPY TO:

Angela M. Riddick, Pro se (via USMS to 821 Opal Court, Fayetteville, NC 28311)
Shailika K. Shah (via CM/ECF electronic notification)

<u>May 13, 2013</u>                                    JULIE A. RICHARDS, Clerk
Date                                                           Eastern District of North Carolina

                                                                    /s/ Debby Sawyer
                                                                    (By) Deputy Clerk

Raleigh, North Carolina